**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

Case number *(if known)* _____ Chapter __7__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **B20 FITNESS, LLC** |

| | | |
|---|---|---|
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA Body 20 Fitness** |

| | | |
|---|---|---|
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **84-5177312** |

**4.** **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **84 Rivercliff Trail**<br>**Saint Augustine, FL 32092**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **St. Johns**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | _____ |

**6.** **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **B20 FITNESS, LLC**                                          Case number (*if known*) _____
       Name

**7.  Describe debtor's business**    A. *Check one:*

☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐  Railroad (as defined in 11 U.S.C. § 101(44))

☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐  Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒  None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.

   _____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☒  Chapter 7

☐  Chapter 9

☐  Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐  Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes.

List all cases. If more than 1, attach a separate list

Debtor    **Todd King** _____    Relationship    **Manager**

Debtor    **B20 FITNESS, LLC**_____    Case number (*if known*)_____

Name

District    **Middle District of Florida, Jacksonville Division**_____    When    **5/14/24**_____    Case number, if known_____

**11. Why is the case filed in *this district?***

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?_____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other_____

**Where is the property?**_____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency_____

Contact name_____

Phone_____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

| **14. Estimated number of creditors** | | | |
|---|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 | |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 | |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 | |
| ☐ 200-999 | | | |

| **15. Estimated Assets** | | | |
|---|---|---|---|
| ☒ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion | |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion | |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion | |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion | |

| **16. Estimated liabilities** | | | |
|---|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion | |
| ☐  $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion | |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion | |
| ☒ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion | |

Debtor    **B20 FITNESS, LLC**                                    Case number (*if known*) _____
          <sub>Name</sub>

---

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **May 2, 2024**
                MM / DD / YYYY

**X** **/s/   Todd King**                              **Todd King**
Signature of authorized representative of debtor       Printed name

Title    **Manager of TK Management Team LLC, Owner**

---

**18. Signature of attorney**

**X** **/s/ Kevin B. Paysinger**                       Date    **May 2, 2024**
Signature of attorney for debtor                               MM / DD / YYYY

**Kevin B. Paysinger**
Printed name

**Lansing Roy PA**
Firm name

**1710 Shadowood Lane Suite 210**
**Jacksonville, FL 32207**
Number, Street, City, State & ZIP Code

Contact phone    **(904) 391-0030x101**    Email address    **kpaysinger@lansingroy.com**

**056742 FL**
Bar number and State

---

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 4

**Fill in this information to identify the case:**

Debtor name    **B20 FITNESS, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    **12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.    **Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.    Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.    18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒ *Schedule H: Codebtors* (Official Form 206H)
☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 2, 2024**            X /s/   **Todd King**
                                            Signature of individual signing on behalf of debtor

                                            **Todd King**
                                            Printed name

                                            **Manager of TK Management Team LLC, Owner**
                                            Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **B20 FITNESS, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | **Summary of Assets** |
| --- | --- |

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.......................................................................................... $     **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*........................................................................................ $     **19,675.29**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.......................................................................................... $     **19,675.29**

| Part 2: | **Summary of Liabilities** |
| --- | --- |

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $     **1,520.55**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................... $     **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$     **570,701.10**

4. **Total liabilities** ........................................................................................................................................
   Lines 2 + 3a + 3b
   $     **572,221.65**

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |
| Debtor name   **B20 FITNESS, LLC** |
| United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION |
| Case number (if known) _____ |

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property          **12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No.   Go to Part 2.
☒ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | **Current value of debtor's interest** |
| --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** (Identify all)

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Vystar Credit Union (negative balance)** | **Checking** | **2725** | **$0.00** |
| 3.2. | **Vystar Credit Union** | **Checking** | **9065** | **$0.29** |
| 3.3. | **Vystar Credit Union** | **Savings** | **9921** | **$5.00** |

4. **Other cash equivalents** (Identify all)

5. **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   **$5.29**

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☒ No.   Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

☒ No.   Go to Part 4.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor        **B20 FITNESS, LLC**                                   Case number *(If known)* _____
                 Name

---

## Part 4:        Investments

**13. Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

---

## Part 5:        Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

---

## Part 6:        Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

---

## Part 7:        Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.   Go to Part 8.
☐ Yes Fill in the information below.

---

## Part 8:        Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.   Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.   Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.   Aircraft and accessories** | | | |
| **50.   Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**XBody systems, TV, Laptop and floor tiles stored at Rivercliff Trail (inventory available upon request).** | **$0.00** | | **$19,670.00** |

**51.   Total of Part 8.**                                                     $19,670.00

Add lines 47 through 50.   Copy the total to line 87.

**52.   Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

**53.   Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor  **B20 FITNESS, LLC**
_____
Name

Case number *(If known)* _____

☐ Yes

| Part 9: | Real property |
| --- | --- |

54. **Does the debtor own or lease any real property?**

☒ No.   Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
| --- | --- |

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.   Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** **Franchise agreement with Body 20 Global USA, LLC** **May have been terminated pre-petition.** | **$0.00** | | **$0.00** |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| |
| --- |
| **$0.00** |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☒ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.   Go to Part 12.
☒ Yes Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |
| 71. **Notes receivable** Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)** | |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **B20 FITNESS, LLC**
_____
Name

Case number *(If known)* _____

Description (for example, federal, state, local)

73.   **Interests in insurance policies or annuities**

74.   **Causes of action against third parties (whether or not a lawsuit has been filed)**
      **Potential causes of action against Body 20 Global USA including but not limited to misrepresentation and fraudulent inducement.**                                **Unknown**
      Nature of claim
      Amount requested                         $0.00

75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.   **Total of Part 11.**                                                    $0.00

      Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ☒ No
      ☐ Yes

Debtor    **B20 FITNESS, LLC**
          Name

Case number *(If known)* _____

---

Part 12:    **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$5.29** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$1.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.**    *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$19,670.00** | |
| 88. **Real property.** *Copy line 56, Part 9........................................>* | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$19,676.29** | + 91b. **$0.00** |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | **$19,676.29** |

**Fill in this information to identify the case:**

Debtor name    **B20 FITNESS, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1    St. Johns County Tax Collector**<br>Creditor's Name<br><br>**PO Box 9001**<br>**Saint Augustine, FL 32085**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number 0000**<br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**XBody systems, TV, Laptop and floor tiles stored at Rivercliff Trail (inventory available upon request).**<br><br>**Describe the lien**<br>**Personal Prop Tax**<br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,520.55 | $19,670.00 |

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $1,520.55

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name    and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **B20 FITNESS, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                                          12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1:     List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** | Priority creditor's name and mailing address
**FLORIDA DEPARTMENT OF REVENUE**
**RT COLLECTIONS**
**5050 W TENNESSEE STREET**
**Tallahassee, FL 32399**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Total claim **Unknown**     Priority amount **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

**2.2** | Priority creditor's name and mailing address
**Internal Revenue Service**
**PO Box 7346**
**PHILADELPHIA, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Total claim **Unknown**     Priority amount **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

### Part 2:     List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** | **Nonpriority creditor's name and mailing address**
**AMERICAN EXPRESS**
**PO BOX 981540**
**El Paso, TX 79998-1540**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim **$5,944.72**

Date(s) debt was incurred _

Basis for the claim:  **Credit Card**

Last 4 digits of account number  **9E14**

Is the claim subject to offset?   ☒ No    ☐ Yes

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor    **B20 FITNESS, LLC**                                    Case number (if known) _____
          Name

| | | |
|---|---|---|

**3.2** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Body 20 Global USA, LLC**
**101 Plaza Real South, Suite N-210**
**Boca Raton, FL 33432**

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _       **Basis for the claim:** **Franchise Agreement**

**Last 4 digits of account number** _       Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Club Ready**
**14515 North Outer Forty**
**Ste. 300**
**Chesterfield, MO 63017**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _       **Basis for the claim:** _

**Last 4 digits of account number  6741**       Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Comcast Business**
**One Comcast Center**
**1701 JFK Blvd.**
**Philadelphia, PA 19103**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _       **Basis for the claim:** _

**Last 4 digits of account number  6399**       Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Durbin Park Pavillion, LLC**
**7775 Baymeadows Way**
**Jacksonville, FL 32256**

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _       **Basis for the claim:** **Lease for former location**

**Last 4 digits of account number** _       Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,283.84**

**Gusto**
**525 20th Street**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  10-6-23**       **Basis for the claim:** _

**Last 4 digits of account number** _       Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**HARNEFL, LLC**
**84 Rivercliff Trail**
**Saint Augustine, FL 32092**

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _       **Basis for the claim:** _

**Last 4 digits of account number** _       Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**HARSEGA, LLC**
**84 Rivercliff Trail**
**Saint Augustine, FL 32092**

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _       **Basis for the claim:** _

**Last 4 digits of account number** _       Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Hartford Insurance**
**3600 Wiseman Blvd.**
**San Antonio, TX 78251**

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _       **Basis for the claim:** _

**Last 4 digits of account number  4GN2**       Is the claim subject to offset?   ☒ No   ☐ Yes

---

Debtor    **B20 FITNESS, LLC**
Name

Case number (if known) _____

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,817.76 |
|---|---|---|---|

**Heritage Signs**
**1282 Energy Cove Ct.**
**Green Cove Springs, FL 32043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,615.00 |
|---|---|---|---|

**Hollman**
**1825 W. Walnut Hill Lane**
**Irving, TX 75038**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **8429**

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $127,110.00 |
|---|---|---|---|

**IBI INterior Buildouts, Inc.**
**PO BOX 47965**
**Jacksonville, FL 32247-7965**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Julia Ryan**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Disputed Wrongful Termination Claim**

Last 4 digits of account number _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,066.92 |
|---|---|---|---|

**Lites on West**
**245 W 29th Street**
**6th Floor**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **4613**

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,580.00 |
|---|---|---|---|

**Magid & Williams, PA**
**3100 University Blvd. South**
**Suite 115**
**Jacksonville, FL 32216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $52,340.00 |
|---|---|---|---|

**NewCo Capital**
**1545 Route 202, Suite 203**
**Pomona, NY 10970**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $345,942.86 |
|---|---|---|---|

**Royal Business Group**
**25 Hutchenson Place**
**Lynbrook, NY 11563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

Debtor    **B20 FITNESS, LLC**                                   Case number (if known) _____
              Name

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

3.18  **Nonpriority creditor's name and mailing address**
**Todd D. King**
**84 Rivercliff Trail**
**Saint Augustine, FL 32092**

**As of the petition filing date, the claim is:** *Check all that apply.*    **Unknown**

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

3.19  **Nonpriority creditor's name and mailing address**
**VYSTAR CREDIT UNION**
**PO BOX 45085**
**JACKSONVILLE, FL 32232-5085**

**As of the petition filing date, the claim is:** *Check all that apply.*    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:  Overdraft Fees**

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Berkovitch & Bouskila, PLLC**<br>**attn: Ariel Bouskila**<br>**1545 US 202, Suite 101**<br>**Pomona, NY 10970** | Line **3.16**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Fisher Zucker, LLC**<br>**attn: JoyAnn Kenny**<br>**21 S. 21st Street**<br>**Philadelphia, PA 19103** | Line **3.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Hartman Simons & Wood, LLP**<br>**attn: Todd H. Surden**<br>**400 Interstate North Pkwy SE**<br>**Suite 600**<br>**Atlanta, GA 30339** | Line **3.5**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Jason A. Gang, Esq.**<br>**The Law Office of Jason Gang**<br>**1245 Hewlett Plaza, #478**<br>**Hewlett, NY 11557** | Line **3.17**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Rausch Sturm LLP**<br>**100 2nd Ave. S., Suite 306S**<br>**Saint Petersburg, FL 33701** | Line **3.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **UNITED STATES ATTORNEY**<br>**300 NORTH HOGAN ST SUITE 700**<br>**JACKSONVILLE, FL 32202-4204** | Line **2.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **UNITED STATES ATTORNEY GENERAL**<br>**US DEPARTMENT OF JUSTICE**<br>**950 PENNSYLVANIA AVE NW**<br>**WASHINGTON, DC 20530-0001** | Line **2.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **WENZEL FENTON CABASSA, P.A.**<br>**Attn:  Luis A. Cabassa**<br>**1110 N. Florida Ave., Suite 300**<br>**Tampa, FL 33602** | Line **3.13**<br><br>☐ Not listed. Explain ____ | _ |

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

Debtor    **B20 FITNESS, LLC**
            Name

Case number (if known) _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.    Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a.  $ | 0.00 |
| **5b. Total claims from Part 2** | 5b.  +  $ | 570,701.10 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.  $ | 570,701.10 |

**Fill in this information to identify the case:**

Debtor name    **B20 FITNESS, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    **12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal        Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest    **Franchise agreement - may have been terminated pre-petition.** | |
| State the term remaining | |
| List the contract number of any government contract    _____ | **Body 20 Global USA, LLC** <br> **101 Plaza Real South, Suite N-210** <br> **Boca Raton, FL 33432** |

**Fill in this information to identify the case:**

Debtor name    **B20 FITNESS, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.2 | **HARNEFL, LLC** | **84 Rivercliff Trail** **Saint Augustine, FL 32092** | **NewCo Capital** | ☐ D _____ ☒ E/F __3.16__ ☐ G _____ |
| 2.3 | **HARNEFL, LLC** | **84 Rivercliff Trail** **Saint Augustine, FL 32092** | **Royal Business Group** | ☐ D _____ ☒ E/F __3.17__ ☐ G _____ |
| 2.4 | **HARSEGA, LLC** | **84 Rivercliff Trail** **Saint Augustine, FL 32092** | **NewCo Capital** | ☐ D _____ ☒ E/F __3.16__ ☐ G _____ |
| 2.5 | **HARSEGA, LLC** | **84 Rivercliff Trail** **Saint Augustine, FL 32092** | **Royal Business Group** | ☐ D _____ ☒ E/F __3.17__ ☐ G _____ |
| 2.6 | **Todd D. King** | **84 Rivercliff Trail** **Saint Augustine, FL 32092** | **AMERICAN EXPRESS** | ☐ D _____ ☒ E/F __3.1__ ☐ G _____ |
| 2.7 | **Todd D. King** | **84 Rivercliff Trail** **Saint Augustine, FL 32092** | **NewCo Capital** | ☐ D _____ ☒ E/F __3.16__ ☐ G _____ |

Debtor     **B20 FITNESS, LLC**                                       Case number *(if known)* _____

| | | |
|---|---|---|
| | **Additional Page to List More Codebtors** | |
| | Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page. | |
| | *Column 1:* **Codebtor** | *Column 2:* **Creditor** |

| 2.8 | **Todd D. King** | **84 Rivercliff Trail**<br>**Saint Augustine, FL 32092** | **Royal Business**<br>**Group** | ☐ D _____<br>☒ E/F __3.17__<br>☐ G _____ |
|---|---|---|---|---|

**Fill in this information to identify the case:**

Debtor name __B20 FITNESS, LLC__

United States Bankruptcy Court for the: __MIDDLE DISTRICT OF FLORIDA, JACKSONVILLE DIVISION__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
**04/22**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **01/01/2024** to **Filing Date** | ☒ Operating a business<br>☐ Other _____ | **$0.00** |
   | **For prior year:**<br>From **01/01/2023** to **12/31/2023** | ☒ Operating a business<br>☐ Other _____ | **$134,346.75** |
   | **For year before that:**<br>From **01/01/2022** to **12/31/2022** | ☒ Operating a business<br>☐ Other _____ | **$242,307.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **01/01/2024** to **Filing Date** | **Sale of Asset** | **$4,185.67** |

---

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☒ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    **B20 FITNESS, LLC**                                         Case number *(if known)*

---

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☒ None.

   | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   | --- | --- | --- | --- |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☒ None

   | Creditor's name and address | Describe of the Property | Date | Value of property |
   | --- | --- | --- | --- |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☒ None

   | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
   | --- | --- | --- | --- |

| Part 3: | Legal Actions or Assignments |
| --- | --- |

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

   | | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
   | --- | --- | --- | --- | --- |
   | 7.1. | **Royal Business Group, LLC v B20 Fitness LLC et al** | **Collection** | **Nassau County, New York** | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
   | 7.2. | **Julia Ryan v. B20 Fitness, LLC**<br>**3:22-cv-00177** | **Wrongful Termination** | **US Dist. Ct. Middle District of Florida, Jacksonville Div.** | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
   | 7.3. | **NewCo Capital Group VI, LLC v. B20 Fitness, LLC et al** | **Collection** | **Rockland County New York** | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
   | 7.4. | **American Express National Bank v. B20 Fitness, LLC, et al**<br>**sp24-1409** | **Collection** | **St. Johns County, Florida** | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ☒ None

| Part 4: | Certain Gifts and Charitable Contributions |
| --- | --- |

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

Debtor    **B20 FITNESS, LLC**                                    Case number *(if known)*

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Lansing Roy, P.A.**<br>**1710 Shadowood Lane, Suite 210**<br>**Jacksonville, FL 32207** | **Attorney's fees and costs** | **1/16/2024** | **$3,438.00** |
| | **Email or website address**<br>**kpaysinger@lansingroy.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

Debtor   **B20 FITNESS, LLC**   Case number *(if known)* _____

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1. | **Jess Drab**<br>**Unknown (sold via Ebay)**<br><br>**Relationship to debtor**<br>**3rd Party Purchaser** | **Inbody 570 System** | **1/7/2024** | **$5,800.00** |
| 13.2. | **HARNEFL, LLC**<br>**84 Rivercliff Trail**<br>**Saint Augustine, FL 32092**<br><br>**Relationship to debtor**<br>**Debtor's owner also owns**<br>**HARNEFL, LLC** | **Funds** | **9/19/2023** | **$8,000.00** |
| 13.3. | **Durbin Park Pavillion, LLC**<br>**7775 Baymeadows Way**<br>**Jacksonville, FL 32256**<br><br>**Relationship to debtor** | **Debtor abandoned gym equipment and other personal property at its leased locations upon surrender.   Inventory available upon rquest.** | **January 2024** | **$7,670.00** |

---

### Part 7:   Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | **70 Durbin Pavilion Drive, #107**<br>**Saint Johns, FL 32259** | **9/2020 - 12/31/2023** |

### Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒   No. Go to Part 9.
☐   Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If   debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

### Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒   No.
☐   Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒   No. Go to Part 10.
☐   Yes. Does the debtor serve as plan administrator?

Debtor   **B20 FITNESS, LLC**                                   Case number *(if known)*

---

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ☒ None

---

## Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ☒   No.
    ☐   Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                                           Best Case Bankruptcy

Debtor    **B20 FITNESS, LLC**                                              Case number *(if known)* _____

☒ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>**Dates business existed** |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Leshane CPA, PA**<br>**44 South Dixie Highway**<br>**Saint Augustine, FL 32084** | **9/2020 - present** |
| 26a.2. **Raising Cents**<br>**Josh Napolitano**<br>**475 West Town Place, #205B**<br>**Saint Augustine, FL 32092** | **9/2020 - 12/31/2023** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Leshane CPA, PA**<br>**44 South Dixie Highway**<br>**Saint Augustine, FL 32084** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

Debtor    **B20 FITNESS, LLC**                                    Case number *(if known)*

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Todd D. King** | **84 Rivercliff Trail** <br> **Saint Augustine, FL 32092** | **Manager** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **TK Management Team LLC** | **84 Rivercliff Trail** <br> **Saint Augustine, FL 32092** | **Owner** | **100** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **B20 FITNESS, LLC**                                        Case number *(if known)*

---

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 2, 2024**

**/s/   Todd King**                                      **Todd King**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Manager of TK Management Team LLC, Owner**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

---

Software Copyright (c) 1996-2024 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of Florida, Jacksonville Division

In re    **B20 FITNESS, LLC**

Debtor(s)

Case No.

Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of TK Management Team LLC, Owner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **May 2, 2024**

**/s/  Todd King**

 **Todd King**/**Manager of TK Management Team LLC, Owner**
Signer/Title

84 RIVERCLIFF TRAIL
SAINT AUGUSTINE FL 32092

BERKOVITCH & BOUSKILA, PLLC
ATTN: ARIEL BOUSKILA
1545 US 202, SUITE 101
POMONA NY 10970

COMCAST BUSINESS
ONE COMCAST CENTER 1701 JFK BLVD.
PHILADELPHIA PA 19103

FLORIDA DEPARTMENT OF REVENUE
RT COLLECTIONS 5050 W TENNESSEE STREET
TALLAHASSEE FL 32399

HARSEGA, LLC
84 RIVERCLIFF TRAIL
SAINT AUGUSTINE FL 32092

HERITAGE SIGNS
1282 ENERGY COVE CT.
GREEN COVE SPRINGS FL 32043

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

LITES ON WEST
245 W 29TH STREET 6TH FLOOR
NEW YORK NY 10001

RAUSCH STURM LLP
100 2ND AVE. S., SUITE 306S
SAINT PETERSBURG FL 33701

TODD D. KING
84 RIVERCLIFF TRAIL
SAINT AUGUSTINE FL 32092

KEVIN B. PAYSINGER
1710 SHADOWOOD LANE
SUITE 210
JACKSONVILLE FL 32207

BODY 20 GLOBAL USA, LLC
101 PLAZA REAL SOUTH, SUITE N-210
BOCA RATON FL 33432

DURBIN PARK PAVILLION, LLC
7775 BAYMEADOWS WAY
JACKSONVILLE FL 32256

GUSTO
525 20TH STREET
SAN FRANCISCO CA 94107

HARTFORD INSURANCE
3600 WISEMAN BLVD.
SAN ANTONIO TX 78251

HOLLMAN
1825 W. WALNUT HILL LANE
IRVING TX 75038

JASON A. GANG, ESQ.
THE LAW OFFICE OF JASON GANG
1245 HEWLETT PLAZA, #478
HEWLETT NY 11557

MAGID & WILLIAMS, PA
3100 UNIVERSITY BLVD. SOUTH
SUITE 115
JACKSONVILLE FL 32216

ROYAL BUSINESS GROUP
25 HUTCHENSON PLACE
LYNBROOK NY 11563

UNITED STATES ATTORNEY
300 NORTH HOGAN ST SUITE 700
JACKSONVILLE FL 32202-4204

AMERICAN EXPRESS
PO BOX 981540
EL PASO TX 79998-1540

CLUB READY
14515 NORTH OUTER FORTY STE. 300
CHESTERFIELD MO 63017

FISHER ZUCKER, LLC
ATTN: JOYANN KENNY
21 S. 21ST STREET
PHILADELPHIA PA 19103

HARNEFL, LLC
84 RIVERCLIFF TRAIL
SAINT AUGUSTINE FL 32092

HARTMAN SIMONS & WOOD, LLP
ATTN: TODD H. SURDEN
400 INTERSTATE NORTH PKWY SE
SUITE 600
ATLANTA GA 30339

IBI INTERIOR BUILDOUTS, INC.
PO BOX 47965
JACKSONVILLE FL 32247-7965

JULIA RYAN

NEWCO CAPITAL
1545 ROUTE 202, SUITE 203
POMONA NY 10970

ST. JOHNS COUNTY TAX COLLECTOR
PO BOX 9001
SAINT AUGUSTINE FL 32085

UNITED STATES ATTORNEY GENERAL
US DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE NW
WASHINGTON DC 20530-0001

VYSTAR CREDIT UNION
PO BOX 45085
JACKSONVILLE FL 32232-5085

WENZEL FENTON CABASSA, P.A.
ATTN:  LUIS A. CABASSA
1110 N. FLORIDA AVE., SUITE 300
TAMPA FL 33602

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida, Jacksonville Division

In re    **B20 FITNESS, LLC**      Case No. _____

                                                                   Debtor(s)        Chapter    **7** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ...................................................... $      **3,100.00**

   Prior to the filing of this statement I have received ...................................................... $      **3,100.00**

   Balance Due ...................................................... $      **0.00**

2. The source of the compensation paid to me was:

   ☒ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☒ Debtor      ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **The above fee covers representation for the entire case and no additional charge for attorney fees except as set forth below.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representing client in an adversarial matter related to the Chapter 7, included but not limited to: adversary proceedings, objections to exemptions, motions for turnover, and motions to dismiss for bad faith or substantial abuse, and  any amendments to documents filed before the Court.**

_____      _____

**Debtor**                                                         **Date**

_____      _____

**Joint Debtor**                                            **Date**

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**May 2, 2024** _____      **/s/ Kevin B. Paysinger** _____
*Date*                                                 **Kevin B. Paysinger**
                                                    *Signature of Attorney*
                                                    **Lansing Roy PA**
                                                    **1710 Shadowood Lane Suite 210**
                                                    **Jacksonville, FL 32207**
                                                    **(904) 391-0030x101   Fax:**
                                                    **kpaysinger@lansingroy.com**
                                                    *Name of law firm*